UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. *04-10189-RGS* |
| | ) | |
| v. | ) | VIOLATIONS |
| | ) | 18 U.S.C. §1028(a)(2) |
| BRUNO TROTE SCOFANO | ) | (Transfer of False |
| | ) | Identification Documents) |
| | ) | |

INDICTMENT

COUNT ONE:   18 U.S.C. §1028(a)(2) - Transfer of False
Identification Documents

The Grand Jury charges that:

On January 15, 2004, at Weymouth, in the District of Massachusetts,

BRUNO TROTE SCOFANO,

the defendant herein, did knowingly transfer false identification documents, to wit: two counterfeit Social Security Administration account number cards and two counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

<u>COUNT TWO</u>:   18 U.S.C. §1028(a)(2) - Transfer of False Identification Documents

The Grand Jury charges that:

On February 11, 2004, at Somerville, in the District of Massachusetts,

**BRUNO TROTE SCOFANO,**

the defendant herein, did knowingly transfer false identification documents, to wit: four counterfeit Social Security Administration account number cards and four counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

**COUNT THREE:**    18 U.S.C. §1028(a)(2) - Transfer of False Identification Documents

The Grand Jury charges that:

On March 18, 2004, at Quincy, in the District of Massachusetts,

**BRUNO TROTE SCOFANO,**

the defendant herein, did knowingly transfer false identification documents, to wit: four counterfeit Social Security Administration account number cards and four counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

<u>COUNT FOUR</u>:    **18 U.S.C. §1028(a)(2) - Transfer of False Identification Documents**

The Grand Jury charges that:

On May 14, 2004, at Weymouth, in the District of Massachusetts,

**BRUNO TROTE SCOFANO,**

the defendant herein, did knowingly transfer false identification documents, to wit: two counterfeit Social Security Administration account number cards and two counterfeit alien registration cards, which appeared to be issued by or under the authority of the United States, knowing that such documents were produced without lawful authority.

All in violation of Title 18, United States Code, Section 1028(a)(2).

A TRUE BILL

/s/ *illegible signature*
FOREPERSON OF GRAND JURY

/s/ *illegible signature*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, June 30, 2004.

Returned into the District Court by the Grand Jurors and filed.

/s/ *illegible signature*
Deputy Clerk   12:31 P