# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                         CRIMINAL NO. 2004-10198-RGS

BRUNO TROTE SCOFANO,
        Defendant.

## _MEMORANDUM AND ORDER_

COLLINGS, U.S.M.J.

The above-listed defendant was arraigned before me on July 1,  2004. Accordingly, the case shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998.  Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on July 1, 2004.

Counsel are ORDERED to appear for an Initial Status Conference on **_WEDNESDAY, AUGUST 11, 2004 AT 10:00 A.M._** at Courtroom #14 (5th floor),

John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

July 1, 2004.