# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                          CRIMINAL NO. 2004-10189-RGS

BRUNO TROTE SCOFANO,
      Defendant.

## ORDER

COLLINGS, U.S.M.J.

    The above-listed defendant was arraigned before me on July 1, 2004. The matter was set for a detention hearing before Judge Bowler on July 7, 2004. At that time, Judge Bowler, mistakenly believing that the defendant had not been arraigned, arraigned the defendant again and set an Initial Status Conference for August 18, 2004 at 10:00 A.M.[1]

    Counsel are ORDERED to appear for an Initial Status Conference on **WEDNESDAY, AUGUST 11, 2004 AT 10:00 A.M.** at Courtroom #14 (5th floor),

---

[1] It is somewhat bizarre that neither the Assistant U.S. Attorney nor counsel for the defendant bothered to inform Judge Bowler that the defendant had already been arraigned.

John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.  The August 18th date set by Judge Bowler is VACATED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

July 14, 2004.