UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10189-RGS |
| | ) | |
| BRUNO SCOFANO | ) | |

<u>ASSENTED TO MOTION TO CONTINUE INITIAL STATUS CONFERENCE</u>

    The defendant respectfully moves that the initial status conference scheduled for August 11, 2004 be continued until anytime after September 1, 2004.  As reason therefore, counsel will be on medical leave from August 3-13 and on annual leave from August 16-27.  Counsel further moves for additional time until September 7, 2004, in which to file a discovery letter pursuant to Local Rule 116.3.  The defendant also requests that the Court exclude from the speedy trial calculation the time from August 11, 2004 until whatever September date the court sets for the status conference.

    The government, per Assistant United States Attorney William Connolly, assents to this motion.

    BRUNO SCOFANO
    By his attorney,

    /s/ Catherine K. Byrne

    Catherine K. Byrne
      B.B.O. #543838
    Federal Defender Office
    408 Atlantic Avenue, 3rd Floor
    Boston, MA  02110
    Tel: 617-223-8061

-2-

_____