UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>BRUNO T. SCOFANO         ) | CRIMINAL NO. 04-10189-RGS |

## NOTICE OF APPEARANCE

     Please enter the appearance of the undersigned Assistant Federal Public Defender as counsel for the defendant.

                                      BRUNO T. SCOFANO
                                      By his attorney,

                                      /s/ Catherine K. Byrne

                                      Catherine K. Byrne
                                      B.B.O. #543838
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061