# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                   CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on August 11, 2004; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     The time is ENLARGED to the close of business on Friday, September 10, 2004.

(2)     The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;*

    the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)    The Government will be providing some additional documents and tapes during the week of August16, 2004.

(4)    A date for filing motions will be set at the Interim Scheduling Conference.

(5)    *See* Order of Excludable Delay entered this date.

(6)    It is unknown whether a trial will be necessary; a trial would take three (3) rial days.

(7)    An Interim Status Conference is set for *Thursday, September 16, 2004 at 12:30 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                        */s/ Robert B. Collings*
                                        ROBERT B. COLLINGS
                                        United States Magistrate Judge

August 11, 2004.