# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

6/30/2004 - Indictment returned.

7/1/2004 - Initial Appearance/Arraignment

7/2 - /29/2004 - Excluded as per L.R. 112.2(A)(2)

7/28 - 30/2004 - Filing to ruling on Motion #9.

8/11/2004 - Conference held.

8/12 - 9/10/29/2004 - Continuance granted so that the defendant's counsel may review the Government's discovery and sent letter requests. I find that the ends of justice served by granting the continuance

outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of September 10, 2004, ELEVEN (11) non-excludable days will have occurred leaving FIFTY-NINE (59) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

August 11, 2004.