# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                    CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
       Defendant.

## *AMEMDED ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The within Amended Order amends the previously-issued Order (#12). The Court orders the following period of time excludable from the time period within which trial must commence:

    6/30/2004 - Indictment returned.

    7/1/2004 - Initial Appearance/Arraignment

    7/2 - /29/2004 - Excluded as per L.R. 112.2(A)(2)

    7/28 - 30/2004 - Filing to ruling on Motion #9.

    8/11/2004 - Conference held.

    8/12 - 9/10/2004 -    Continuance granted so that the defendant's counsel may review the Government's discovery

and send letter requests. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

Thus, as of September 10, 2004, ELEVEN (11) non-excludable days will have occurred leaving FIFTY-NINE (59) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 16, 2004.