◊AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

APPEARANCE

Case Number: 04-10189-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Bruno Scofano

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: 9/16/04 | Signature: *Catherine K. Byrne* |
| | Print Name: Catherine K. Byrne   Bar Number: 543838 |
| | Address: FDO 408 Atlantic Ave |
| | City: Boston   State:   Zip Code: |
| | Phone Number: 617-223-8061   Fax Number: |

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT
DATE 9-16-04
[signature]
Deputy Clerk