# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
       Defendant.

## ORDER

COLLINGS, U.S.M.J.

The time period provided by L.R. 116.3 is ENLARGED to the close of business on Thursday, September 30, 2004.

Any discovery motions must be filed on or before the close of business on Monday, October 18, 2004.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
     Defendant.

## ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C))

COLLINGS, U.S.M.J.

Counsel are directed to report for a Final Status Conference pursuant to Local Rule 116.5(C) on *WEDNESDAY, NOVEMBER 3, 2004 AT 10:30 A.M.* in Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts before the undersigned. If counsel files, *on or before the close of business on MONDAY, NOVEMBER 1, 2004*, a statement to the effect that his or her client will offer a change of plea to the charge(s) contained in the Indictment, the conference shall be canceled as to that defendant.

Pursuant to Local Rule 116.5(C), if counsel has not filed a statement on

behalf of his client as per the preceding paragraph, counsel for the defendant(s) shall confer with the Assistant U.S. Attorney and, *no later than 12 Noon on TUESDAY, NOVEMBER 2, 2004,* file[1] a joint memorandum addressing all of the issues listed in Local Rule 116.5(C)(1) through (9) and any other issue relevant to the progress of the case.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.

---

[1] Counsel shall, at the same time, deliver a copy of the Joint Memorandum to Noreen Russo, Esquire, Courtroom Deputy Clerk to my session.

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
    Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    9/16/2004 - Conference held.

    9/17 - 30/2004 -   Continuance granted so that the defendant's counsel complete the review of discovery materials and write a discovery letter to the United States Attorney. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

    9/30 - 10/18/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 18, 2004, SIXTEEN (16) non-excludable days have

occurred leaving FIFTY-FOUR (54) days left to commence trial so as to be within the seventy-day period for trial set by statute.

September 17, 2004.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge