# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2004-10189-RGS

BRUNO SCAFANO,
        Defendant.

## ORDER

COLLINGS, U.S.M.J.

The time period provided by L.R. 116.3 is ENLARGED to the close of business on Thursday, September 30, 2004.

Any discovery motions must be filed on or before the close of business on Monday, October 18, 2004.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.