```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
       v.                      )   CRIMINAL NO. 04-10189-RGS
                               )
BRUNO SCOFANO                  )
```

<u>ASSENTED-TO MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE</u>

Defendant Bruno Scofano hereby moves to amend his conditions of release by changing the reporting to once a week in person and once a week by telephone the manner and time of which will be within the discretion of the Pretrial Services Officer. As grounds for this motion, the defendant through counsel states that Pretrial Services Officer Basil Cronin reports that the defendant has been compliant with all conditions of release. Further, reporting in person twice a week impacts his ability to work. All other conditions of release shall remain in force.

The government, by Assistant United States Attorney William Connolly, and Pretrial Services Officer Basil Cronin assent to this motion.

```
                              BRUNO SCOFANO
                              By his attorney,

                              /s/ Catherine K. Byrne

                              Catherine K. Byrne
                                B.B.O. #543838
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

_____

Case 1:04-cr-10189-RGS   Document 18   Filed 10/01/2004   Page 2 of 2