# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                    CRIMINAL NO. 2004-10189-RGS

BRUNO TROTE SCOFANO,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

11/3/2004 - Conference held.

Thus, as of November 3, 2004, THIRTY-ONE (31) non-excludable days have occurred leaving THIRTY-NONE (39) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                            /s/ Robert B. Collings
                                            ROBERT B. COLLINGS

November 3, 2004.                  United States Magistrate Judge