IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

11/3/04
Noreen Russo

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10189-RGS |
| BRUNO TROTE SCOFANO | ) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. The defendant does not anticipate filing a motion to suppress evidence.

6. No schedules need be set. The parties simply request that the case be sent to the district judge.

7. Plea negotiations are ongoing. Although uncertain at this time, the parties hope to reach an agreement prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court.

9. If required, the parties anticipate that trial should take

not more than five days.

BRUNO TROTE SCOFANO
Defendant

By: *[signature]*
KATHY BYRNE, Esq.
Attorney for Defendant

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
William H. Connolly
Assistant U.S. Attorney