# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                    CRIMINAL NO. 04-10189-RGS

BRUNO TROTE SCOFANO

# NOTICE OF TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                            **NOVEMBER 9, 2004**

COUNSEL IN THE ABOVE-CAPTIONED ACTION SHALL APPEAR FOR A "TRIAL ASSIGNMENT CONFERENCE" BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, ON:

**TUESDAY, NOVEMBER 16, 2004 AT 4:00 P.M.**

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

      BY:

                                      /s/ Mary H. Johnson
                                        **Deputy Clerk**

TO: Bill Connolly, AUSA; Catherine Byrne, Esq.